UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AVALOS,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW TRIPPLE, et al.,<br><br>        Defendants. | Case No.  1:24-cv-01476-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PAY FILING FEE, FAILURE TO PROSECUTE, AND FAILURE TO OBEY A COURT ORDER<br><br>Doc. 12 |

Plaintiff Jose Avalos is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2024, plaintiff filed this action but did not pay the Court's filing fee. Doc. 1.  The same day, the assigned magistrate judge ordered plaintiff to pay the filing fee or file an application to proceed in forma pauperis.  Doc. 3.  On January 15, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed for plaintiff's failure to pay the filing fee, failure to prosecute, and failure to comply with the Court's December 4, 2024 order.  Doc. 6.  The findings and recommendations contained notice that any objections thereto were to be filed within fourteen days.  *Id*. at 5.  Plaintiff did not file any objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de

novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendation issued on January 15, 2025, Doc. 6, are adopted in full;
2. This case is dismissed without prejudice for failure to pay the filing fee, failure to prosecute, and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 16, 2025

_____
UNITED STATES DISTRICT JUDGE

2